IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00407-ZLW-MEH

PETER M. JOHNSON,

    Plaintiff,

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.  It is

    FURTHER ORDERED that any pending motions are moot.

    DATED at Denver, Colorado, this   3   day of October, 2007.

                        BY THE COURT:

                        *[signature]*
                        _____

                        ZITA L. WEINSHIENK,  Senior Judge

United States District Court